UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
DIVISION

| | |
|---|---|
| KENNETH KEITH MILTON | CIVIL DOCKET NO. 1:23-CV-1113 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| RAPIDES PARISH SHERIFF'S OFFICE, ET AL. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 6), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the civil rights Complaint (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2) and § 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE in Chambers this 14th day of December, 2023.

Robert R. Summerhays
United States District Judge